## VINCENT SABATINI *v.* JOSEPH ANCONA ET AL.
## (14869)

Lavery, Landau and Hennessy, Js.

Argued December 3—officially released December 24, 1996

Per Curiam. The judgment is affirmed.

## VINCENT D'ANDREA *v.* INTERSTATE STEEL
## ERECTORS, INC., ET AL.
## (15158)

Lavery, Landau and Hennessy, Js.

Argued December 3—officially released December 24, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* WILLIE L. SPANN
## (14057)

Lavery, Landau and Hennessy, Js.

Argued December 3—officially released December 24, 1996

Per Curiam. The judgment is affirmed.